UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA            CRIMINAL NO. 10-cr-00261-04
                                     Related Case: CIVIL NO. 12-cv-1047

VERSUS                               JUDGE HICKS

ANTOINE L. JONES                     MAGISTRATE JUDGE HORNSBY


**MEMORANDUM ORDER**

Antoine L. Jones filed a Motion to Vacate (Doc. 185) in which he asserted a number of claims. Judge Hicks denied all claims except for Jones' claim that his attorney, Eric Johnson, did not file a notice of appeal. Attorney Johnson submitted evidence to indicate that Jones advised he did not wish to appeal, but Judge Hicks found that there was a factual dispute, and he ordered an evidentiary hearing limited to that remaining claim.

The undersigned appointed attorney Jason Poe to represent Mr. Jones in connection with the evidentiary hearing. A status conference was held, and a hearing date of December 9, 2015 was set. The court discussed with counsel the limited relief that Mr. Jones could obtain even if successful at the hearing, especially considering that Mr. Jones is now in a halfway house and is scheduled for release from custody in the near future. Attorney Poe then conferred with Mr. Jones and discussed these issues.

The result of that discussion is an affidavit from Mr. Jones (Doc. 312) in which he properly recites the procedural history of this case and expressly states that he "does not want to proceed any further with his Motion to Vacate nor does he want to have an evidentiary hearing to address his sole remaining claim that Eric Johnson allegedly failed to file a notice

of appeal." Mr. Jones continues that he has informed Attorney Poe that he no longer wants to pursue his Motion to Vacate and has authorized Mr. Poe to "inform the court that Jones no longer wishes to pursue the matter and that it may be dismissed with prejudice."

Based on the information in the affidavit, the sole remaining claim presented in the **Motion to Vacate (Doc. 185)** is **dismissed with prejudice**, and the motion is **denied in full**. The Clerk of Court may close the companion civil case, Jones v. U.S., 12-cv-1047. The **December 9, 2015 hearing** is **cancelled**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 19th day of November, 2015.

_____
Mark L. Hornsby
U.S. Magistrate Judge